UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
ADRIAN MARCELO RAMIREZ, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

SMART FOODS INC and DANIEL MUÑOZ,

                Defendants.
-------------------------------------------------------------------X

Civil Action No.
2:21-cv-12408

## **WITHDRAWAL OF APPEARANCE**

Katz Melinger PLLC, counsel for plaintiff Adrian Marcelo Ramirez, hereby informs the Court that Nicola Ciliotta will no longer be associated with the firm after November 5, 2021, and respectfully requests that the Court withdraw the appearance of Mr. Ciliotta in this matter.

Dated: New York, New York
       November 5, 2021

                                          KATZ MELINGER PLLC

                                          By: */s/ Nicola Ciliotta*
                                          Nicola Ciliotta
                                          280 Madison Avenue, Suite 600
                                          New York, New York 10016
                                          Telephone: (212) 460-0047
                                          Facsimile:  (212) 428-6811
                                          nciliotta@katzmelinger.com
                                          *Attorneys for Plaintiff*