# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld                                                             o: 212.460.0047
Katz Melinger PLLC                                         f: 212.428.6811
ndgrunfeld@katzmelinger.com

May 3, 2022

**VIA ECF**
Hon. André M. Espinosa
United States District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 2037
Newark, NJ 07102

      **Re:** *Ramirez v. Smart Foods Inc et al.*
             **Civil Action No. 2:21-cv-12408**

Your Honor:

      We represent plaintiff Marcelo Ramirez in the above-captioned matter, and write to request leave to withdraw as attorneys pursuant to Local Civil Rule 102.1.

      Due to a breakdown in the attorney-client relationship, we and Mr. Ramirez have mutually decided to terminate our representation, and Mr. Ramirez is in the process of seeking new counsel. We therefore also request a 60-day extension of all deadlines (including a stay of depositions currently scheduled for May 6 and May 10, 2022) while Mr. Ramirez procures new representation.

      We thank the Court for its attention to this matter.

                                                                 Sincerely,
                                                                 */Nicole Grunfeld/*
                                                                  Nicole Grunfeld