William J. Garces
William N. Grabler ♦
Lawrence A. LeBrocq, LL. M. ★□

Jonathan A. Kessous ♦♣◊
Arlindo B. Araujo □♦
Joseph T. Delgado
Robert B. White, III □
Karina Garcia ♦
Henrique M. Pagani
Thomas A. Dinan □
Sandra M. Guage ♦
Daniel G. Spafford
Michael Tomasino
Ralph G. Cretella ♦
Ellen Radin
David Corvasce
Victor S. Broccoli
Jessica M. Maxwell
Rajat Bhardwaj
Karim F. Saldarriaga
Christopher J. Mitchell
Edward Ellersick
Edward F. Szep
Elias Arroyo
Krizia R. Rivera
Andrew F. Garcia
Alessandro R. Di Stefano □ ♦
Christina M. Galarza ♦
Stephen A. Lecessi
Otto Marcano

Paul A. O'Connor III – Of Counsel ★
Anna Goldman – Of Counsel

□ Member PA Bar
♦ Member NY Bar
● Certified by The Supreme Court of New Jersey as a Workers' Compensation Law Attorney
★ Certified by The Supreme Court of New Jersey as a Civil Trial Attorney
♣ Certified by The Supreme Court of New Jersey as a Criminal Trial Attorney
◊ Certified by The Supreme Court of New Jersey as a Municipal Court Trial Attorney



**Garces | Grabler | LeBrocq**
A PROFESSIONAL CORPORATION

**1929 ROUTE 27**
**EDISON, NJ 08817**

**732.317.0700 Direct Dial**
**848.229.2728 Fax**

**www.garcesgrabler.com**

*Se habla Español*
*Falamos Português*
*Mówimy Po Polsku*

2 South Broad Street
Elizabeth, NJ 07202
(908) 436-0001

6 Throckmorton Street
Freehold, NJ 07728
(732) 414-5000

20 Green Street
Newark, NJ 07102
(973) 848-0500

502 Amboy Avenue
Perth Amboy, NJ 08861
(732) 826-2300

415 Watchung Avenue
Plainfield, NJ 07060
(908) 769-3366

253 E. Front Street
Trenton, NJ 08611
(609) 393-0700

6 Kansas Street
Hackensack, NJ 07601
(201) 857-8100

3000 JF Kennedy Blvd
Suite 311
Jersey City, NJ 07306
(201) 695-1000

1515 Market Street Suite 825
Philadelphia, PA 19102
(215) 235-2000

235 Livingston Avenue
New Brunswick, NJ 08901
(732) 249-1300

327 South Salem Street
Victory Gardens, NJ 07801
(973) 607-1120

**Reply to: Edison**

May 4, 2022

**Via ECF only**

André M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 2037
Newark, NJ 07012

        **Re:** **Ramirez v. Smart Foods Inc et al.**
              **Civil Action No.: 2:21-cv-12408**

Dear Judge Espinosa:

      I represent the defendants. In response to Plaintiff's counsel's letter of May 3, 2022, I object to a delay in the taking of Plaintiff's deposition, scheduled for May 6, 2022. It has been difficult to schedule Plaintiff and his sworn testimony should not be delayed or stayed. I otherwise do not object to Ms. Grunfeld's request leave to withdraw after May 6, 2022.

                            Respectfully submitted,

                            */s/ Arlindo B. Araujo*

                            ARLINDO B. ARAUJO, ESQ.

Cc Counsel of Record (via ECF only)