UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X
ADRIAN MARCELO RAMIREZ, individually and on behalf
of all others similarly situated,                                    Civil Action No.
                                                                      2:21-cv-12408

                                      Plaintiff,

                                -against-

SMART FOODS INC and DANIEL MUÑOZ,

                                    Defendants.
-----------------------------------------------------------------------X

## AFFIRMATION OF NICOLE GRUNFELD

I, Nicole Grunfeld, hereby affirm as follows:

1)     I am the senior associate at Katz Melinger PLLC, counsel of record to plaintiff Adrian Marcelo Ramirez in the above-captioned matter.

2)     I am familiar with the facts and circumstances of this matter.

3)     I am informed and believe that the withdrawal of Katz Melinger PLLC from representation of plaintiff at this time can be accomplished without any material adverse effect on the interests of our client, as required by the Rules of Professional Conduct.

4)     Due to a breakdown in the attorney-client relationship, we and Mr. Ramirez mutually agreed that it would be in his best interest to retain new counsel.

5)     By letter dated April 7, 2022, we confirmed our understanding with Mr. Ramirez that he would seek new counsel and that we would move to withdraw our representation. We do not submit that letter herewith because it contains privileged attorney-client information, however we will submit it for *in camera* review if the Court so requests.

1

6) By text message dated April 18, 2022, Mr. Ramirez confirmed receipt of the letter and advised that he had commenced seeking new counsel. A copy of that text message is attached hereto as Exhibit 1.

7) We believe these grounds are sufficient to warrant the Court's leave for us to withdraw as attorneys for Mr. Ramirez in this matter.

8) We have notified the Court and all other parties of our intent to withdraw and the reasons thereof.

9) Our office is not asserting a retaining lien or charging lien in this matter.

I declare under penalty of perjury based on my information and belief that the above is true and correct.

Dated: New York, New York
       May 12, 2022

KATZ MELINGER PLLC

*/s/ Nicole Grunfeld*
By: Nicole Grunfeld
280 Madison Avenue, Suite 600
New York, New York 10016
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
ndgrunfeld@katzmelinger.com
*Attorneys for Plaintiff*

EXHIBIT 1

**9:54**

**Ramirez**

> favor de dejarnos saber sus planes la próxima semana. Gracias. — 11:14 AM

*Mon, Apr 18*

> Buenos dias
> He recibido su carta donde indica que no seguira representandome en este caso.
> En estos momentos estoy haciendo citas on varios abogados para que continuen con este caso
> No se si para el 22 de Abril ya puede saber a quien transferir el caso.
> Yo les avisare en cuanto tenga esa informacion
> Les agradezco el trabajo que han hecho en este caso.
> Y espero poder resolverlo.
> Marcelo — 3:44 PM

*Tue, Apr 19*

> Buenos días, le informaré a los abogados gracias. — 10:54 AM

> Ok — 11:41 AM

*Thu, Apr 28*

> Buenos días Sr. Ramírez, a tiempo de contratar otro abogado? — 10:48 AM