UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ADRIAN MARCELO RAMIREZ, individually and on behalf of all others similarly situated, | : : : : : : | Civil Action No. 21-12408-WJM-AME<br><br>**ORDER RESCHEDULING TELEPHONIC CONFERENCE** |
| Plaintiff, | : : : | |
| v. | : : : | |
| SMART FOODS INC. and DANIEL MUÑOZ, | : : : : | |
| Defendants. | : : | |

The parties are hereby advised that the telephonic conference previously scheduled for August 2, 2022, at 3:00 p.m., is **rescheduled to August 16, 2022, at 10:30 a.m.** To join the conference, dial 866-434-5269, access code 1874589#.

Defendants shall serve a copy of this Order on pro se Plaintiff Adrian Marcelo Ramirez, by regular mail and email, within three days of the date of this Order.

**SO ORDERED** this 28th day of July 2022.

/s/ *André M Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge